UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FRANCIS MARTINEZ,

      CASE NO.: CASE NO.: 0:17-cv-60181-FAM

   Plaintiff,

vs.

AMERICAN IMPORT CAR SALES, INC.,
d/b/a HOLLYWOOD KIA,

   Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, AMERICAN IMPORT CAR SALES, INC, d/b/a HOLLYWOOD KIA ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

                      BY:   /s/ Jason S. Weiss
                              Jason S. Weiss
                              Jason@jswlawyer.com
                              Florida Bar No. 356890
                              **WEISS LAW GROUP, P.A.**
                              5531 N. University Drive, Suite 103
                              Coral Springs, FL 33067
                              Tel: (954) 573-2800
                              Fax: (954) 573-2798
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890